IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AREZOU DADGAR and ANGELS HOSPICE, LLC,

        Petitioners,

   v.

UNITED STATES OF AMERICA, et al.,

        Respondents.
_____/

No. C 10-2838 CW

ORDER

    IT IS HEREBY ORDERED that Respondent, United States of America file its Motion to Enforce Summonses by October 14, 2010, and said motion will be referred to a Magistrate Judge for decision.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, October 5, 2010 is vacated.

Dated: 10/4/2010

                         CLAUDIA WILKEN
                         United States District Judge

cc:  Wings