UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AREZOU DADGAR and ANGELS HOSPICE LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants.<br>_____/ | No. C 10-02838 CW (MEJ)<br><br>**NOTICE OF REFERRAL** |

The above-captioned case was referred to Magistrate Judge Maria-Elena James to handle Defendant's pending Motion to Enforce Internal Revenue Service Summons. (Dkt. #8.) Accordingly, the Court shall conduct a hearing on December 2, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All briefing shall be in compliance with Civil Local Rule 7. The parties shall lodge with chambers a printed copy of any electronically-filed documents by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." **ALL CHAMBERS COPIES MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM. ELECTRONICALLY FILED DOCUMENTS MUST BE CITED IN ALL OTHER DOCUMENTS AS FOLLOWS: DKT#__ AT __.**

      **IT IS SO ORDERED.**

Dated: October 20, 2010

                                                                         _____<br>
                                                                         Maria-Elena James<br>
                                                                         Chief United States Magistrate Judge