IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU DADGAR and ANGELS HOSPICE, LLC., <br><br>          Petitioners, <br><br>     v. <br><br> UNITED STATES OF AMERICA, DOUGLAS H. SHULMAN, COMMISSIONER, and RANDY KRUGER, Special Agent, <br><br>          Respondents. _____/ | No. C 10-2838 CW <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION TO ENFORCE TWO (2) SUMMONSES BY INTERNAL REVENUE SERVICE |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Motion to Enforce Two Summonses by Internal Revenue Service. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Respondent's Motion to Enforce Two Summonses by Internal Revenue Service is GRANTED. Bank of America shall comply with the summonses as directed.

Dated: 12/21/2010



CLAUDIA WILKEN
United States District Judge